# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Julia C. Lutz** <br> **Debtor(s)** | **BK NO. 17-22327 GLT** |
| **Quicken Loans Inc.** <br> **Movant** <br> vs. | **Chapter 7** <br><br> **Related to Document No.** <br><br> **Hearing Date: December 21, 2017** |
| **Julia C. Lutz** <br> **Respondent** | **Hearing Time: 10:00am** |
| **Rosemary C. Crawford**, (**Trustee**) <br> **Additional Respondent** | **Objection Deadline: December 4, 2017** |

## AMENDED CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 22, 2017, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Julia C. Lutz
223 Dell Lane
Pittsburgh, PA 15237

Attorney for Debtor(s)
Kenneth Steidl, Esq.
Steidl & Steinberg
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
jsteidl1356@hotmail.com

Trustee
Rosemary C. Crawford
Crawford McDonald, LLC
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101
crawfordmcdonald@aol.com

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service: electronic means or first class mail

Dated: November 22, 2017

/s/ **James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: 412-430-3594
Attorney for Movant/Applicant