FILED
12/19/17 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Julia C. Lutz, ) | Bankruptcy No. 17-22327 GLT |
|    *Debtor* ) | Chapter 7 |
| ) | Document No. |
| Julia C. Lutz, ) | |
|    *Movant* ) | Related to Docket No. 21 |
| ) | |
| v. ) | |
| ) | |
| *No Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __19th Day of December,_____, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that the late filing of the Financial Management Course Certificate by Movant is permitted.

_____
Gregory J. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Julia C. Lutz  
     Debtor

Case No. 17-22327-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Dec 19, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
db          +Julia C. Lutz,    223 Dell Lane,    Pittsburgh, PA 15237-5533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
       Kenneth Steidl    on behalf of Debtor Julia C. Lutz julie.steidl@steidl-steinberg.com,  
       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
       TOTAL: 5