FILED
12/20/17 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Julia C. Lutz<br><br>　　　　　　　　　Debtor(s) | BK. NO. 17-22327 GLT |
| Quicken Loans Inc.,<br>its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　v.<br>Julia C. Lutz<br>　　　　　　　　　Respondent(s)<br>　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Docket No. 15 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　This _20th day of December,_ , 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 223 Dell Lane, Pittsburgh, PA 15237.

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 17-22327-GLT
Julia C. Lutz                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Julia C. Lutz,    223 Dell Lane,    Pittsburgh, PA 15237-5533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Julia C. Lutz julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5